STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Email: joyce_leavitt@fd.org

Counsel for Defendant
MICHAEL SPINGOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>v.<br>MICHAEL SPINGOLA,<br><br>DEFENDANT. | CR 17-0002 JST<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING ADMISSION AND DISPOSITION DATE FROM FEBRUARY 2, 2018 TO FEBRUARY 23, 2018 |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the admission and disposition date for defendant Michael Spingola, currently scheduled for Friday, February 2, 2108, at 9:30 a.m. before the Honorable Jon S. Tigar, may be continued to Friday, February 23, 2018, at 9:30 a.m. for admission and disposition regarding supervised release violations. The reason for the request is that undersigned defense counsel will be out of state and unavailable on February 2, 2018. Undersigned counsel has spoken to United States Probation Officer Nicole Brown and she has no objection to the proposed continuance. USPO Brown is available on February 23 2018, should the Court continue the matter to that date.

DATED: January 26, 2018            /S/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: January 26, 2018            /S/
CHRISTINA McCALL
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the admission and disposition date for defendant Michael Spingola, currently scheduled for Friday, February 2, 2108, at 9:30 a.m. is hereby continued to Friday, February 23, 2018, at 9:30 a.m. for admission and disposition regarding supervised release violations.

IT IS SO ORDERED.

DATED: January 30, 2018

IT IS SO ORDERED
Judge Jon S. Tigar

*US v. Spingola*, CR 17-00002 JST
Stip. & Order Re: Admission & Disposition