IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SPINGOLA,<br><br>Defendant. | **Case No.:** CR 17–0002 JST<br><br>**[PROPOSED]** **ORDER TO CONTINUE SENTENCING TO JANUARY 25, 2019** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date for defendant Michael Spingola currently scheduled for Friday, December 21, 2018, at 9:30 a.m. before Honorable Jon S. Tigar, be continued to Friday, January 25, 2019 at 9:30 a.m. for sentencing.

**IT IS SO ORDERED.**

Dated: December 18, 2018

_____
HONORABLE JON S. TIGAR
United States District Judge